UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK
HOTEL TRADES COUNCIL AND
HOTEL ASSOCIATION OF NEW
YORK CITY, INC. HEALTH
BENEFITS FUND, PENSION FUND,
LEGAL FUND, INDUSTRY
TRAINING FUND AND
SCHOLARSHIP FUND,

                         Petitioners,

              – *against* –

LUXURBAN HOTELS LLC,
CORPHOUSING RSL LLC, and
LUXURBAN HOTELS INC. d/b/a
BeHome by LuxUrban,

                       Respondents.

**ORDER**

25-cv-3153 (ER)

RAMOS, D.J.:

       Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, Legal Fund, Industry Training Fund, and Scholarship Fund (collectively, "Petitioners") [1] filed a petition to confirm an arbitration award against LuxUrban Hotels LLC, CorpHousing RSL LLC, and LuxUrban Hotels Inc. (collectively, "Respondents") on April 16, 2025. Doc. 1. Petitioners filed an amended petition on June 6, 2025. Doc. 16. LuxUrban Hotels Inc. informed the Court on September 19, 2025, that it has filed a voluntary chapter 11 bankruptcy petition, which automatically stays the present petition against it. Doc. 28.

       The Court emailed the parties on October 3, asking whether the stay applies only to LuxUrban Hotels Inc. or to all Respondents. Respondents replied on October 14 that

---

[1] Petitioners identified themselves as "'Petitioners' or 'LuxUrban'" in the amended petition. Doc. 16 at 1. The ECF docket thus notes Mr. Hanrahan as attorney for both Petitioners and LuxUrban Hotels LLC. Please notify the court if this is a mistake.

the stay should be applied to all Respondents.  In their reply, Respondents argued that the stay should be extended to CorpHousing RSL LLC since it is a wholly owned subsidiary of LuxUrban Hotels Inc. and provided legal support.  But Respondents' argument that the stay should also be extended to LuxUrban Hotels LLC was not similarly substantiated. The Court hereby orders Respondents to submit further information to clarify the relationship between LuxUrban Hotels LLC and LuxUrban Hotels Inc. and explain why the stay should be extended to LuxUrban Hotels LLC.

It is SO ORDERED.

Dated:   October 29, 2025
         New York, New York

_____
    EDGARDO RAMOS, U.S.D.J.