UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, INDUSTRY TRAINING FUND AND SCHOLARSHIP FUND,

Petitioners,

*– against –*

LUXURBAN HOTELS LLC, CORPHOUSING RSL LLC, and LUXURBAN HOTELS INC. d/b/a BeHome by LuxUrban,

Respondents.

**ORDER**

25-cv-3153 (ER)

RAMOS, D.J.:

Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, Legal Fund, Industry Training Fund, and Scholarship Fund (collectively, "Petitioners") [1] filed a petition to confirm an arbitration award against LuxUrban Hotels LLC, CorpHousing RSL LLC, and LuxUrban Hotels Inc. (collectively, "Respondents") on April 16, 2025. Doc. 1. Petitioners filed an amended petition on June 6, 2025. Doc. 16. LuxUrban Hotels Inc. informed the Court on September 19, 2025, that it had filed a voluntary chapter 11 bankruptcy petition, which automatically stays the present petition against it. Doc. 28.

The Court emailed the parties on October 3, 2025, asking whether the stay applies only to LuxUrban Hotels Inc. or to all Respondents. Respondents replied on October 14,

[1] The ECF docket mistakenly notes Mr. Hanrahan as attorney for both Petitioners and LuxUrban Hotels LLC, but Mr. Hanrahan only represents Petitioners.

2025, that the stay should be applied to all Respondents. In their reply, Respondents argued that the stay should be extended to CorpHousing RSL LLC since it is a wholly owned subsidiary of LuxUrban Hotels Inc. and provided legal support. But Respondents' argument that the stay should also be extended to LuxUrban Hotels, LLC was not similarly substantiated.

On October 29, 2025, the Court ordered Respondents to submit further information to clarify the relationship between LuxUrban Hotels, LLC and LuxUrban Hotels, Inc. and explain why the stay should be extended to LuxUrban Hotels, LLC. Doc. 29. As of the date of this Order, Respondents have still not responded to the Court's inquiry. The parties are directed to file a status report by October 28, 2026 responding to the Court's letter from October 29, 2025. Failure to do so will result in the dismissal of the case against LuxUrban Hotels, LLC.

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.