UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK HOTEL TRADES COUNCIL AND HOTEL ASSOCIATION OF NEW YORK CITY, INC. HEALTH BENEFITS FUND, PENSION FUND, LEGAL FUND, INDUSTRY TRAINING FUND AND SCHOLARSHIP FUND,

Petitioners,

*– against –*

LUXURBAN HOTELS LLC, CORPHOUSING RSL LLC, and LUXURBAN HOTELS INC. d/b/a BeHome by LuxUrban,

Respondents.

**ORDER**

25-cv-3153 (ER)

RAMOS, D.J.:

Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, Legal Fund, Industry Training Fund, and Scholarship Fund (collectively, "Petitioners") [1] filed a petition to confirm an arbitration award against LuxUrban Hotels LLC, CorpHousing RSL LLC, and LuxUrban Hotels Inc. (collectively, "Respondents") on April 16, 2025. Doc. 1. Petitioners filed an amended petition on June 6, 2025. Doc. 16. LuxUrban Hotels Inc. informed the Court on September 19, 2025, that it had filed a voluntary chapter 11 bankruptcy petition, which automatically stays the present petition against it. Doc. 28.

On October 14, 2025, in response to an inquiry from the Court, Respondents argued that the automatic stay should apply to all Respondents but failed to explain why

[1] The ECF docket mistakenly notes Mr. Hanrahan as attorney for both Petitioners and LuxUrban Hotels LLC, but Mr. Hanrahan only represents Petitioners.

the stay should be extended to LuxUrban Hotels, LLC. On October 29, 2025, the Court ordered Respondents to submit further information to clarify the relationship between LuxUrban Hotels, LLC and LuxUrban Hotels, Inc. and explain why the stay should be extended to LuxUrban Hotels, LLC. Doc. 29.

After not hearing from Respondents for almost a year, on October 21, 2026, the Court directed Respondents to respond to the court's inquiry from October 29, 2025 and file a status report by October 28, 2026. Doc. 30. The Court warned that failure to do so would result in the dismissal of the case against LuxUrban Hotels, LLC. *Id*. On October 28, 2026, counsel for Petitioners informed the Court that on October 14, 2025, Respondents' then counsel had advised them that LuxUrban Hotels, LLC was "an entity that is not incorporated in any jurisdiction" and that even if such entity exists, it is "either the same as, an alter ego of, or potentially a D/B/A of [LuxUrban Hotels, Inc]." Doc. 31. Counsel for Petitioners also stated in their letter that Petitioners do not object to the dismissal of the action against LuxUrban Hotels, LLC. *Id*.

In light of this update, the Court dismisses LuxUrban Hotels, LLC, from the action. Pursuant to § 362 of the Bankruptcy Code, action against the remaining Respondents, Luxurban Hotels Inc. and Corphousing RSL LLC, are automatically stayed. The Court therefore respectfully directs the Clerk of Court to terminate LuxUrban Hotels, LLC as a defendant and stay the action.

It is SO ORDERED.

Dated: October 30, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.